IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. PAMELA SCOTT BRACEY                                                                                           PLAINTIFF

V.                                                                       CIVIL ACTION NO. 1:19-cv-233-NBB-DAS

MISSISSIPPI STATE UNIVERSITY                                                                              DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant Mississippi State University's motion for summary judgment is **GRANTED**.  This case is hereby dismissed with prejudice and closed.

This 1st day of September, 2021.

    /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE